**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GINA INHELDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No: SACV08-1425 AHS(MLGx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

　　The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 11, 2010.　　　　　　　**ALICEMARIE H. STOTLER**
　　　　　　　　　　　　　　　　　　HONORABLE ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court